UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 19-15096-BKC-JKO

CHAPTER 13 PROCEEDING

In re: Patty M. Spry
SS #5245,

                Debtor.        /

### DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

COMES NOW, Patty M. Spry, Chapter 13 Debtor ("Debtor"), by and through her undersigned counsel, and hereby files this her Motion to Modify Plan After Confirmation, pursuant to Section 1329 of United States Bankruptcy Code, and in support thereof states that:

1. The Debtor filed a voluntary petition for relief, pursuant to Chapter 13 of the United States Bankruptcy Code in the Fort Lauderdale Division of the United States Bankruptcy Court on April 19, 2019.

2. Subsequently, in accordance with Section 1325 of the United States Bankruptcy Code, the Debtor's Second Amended Chapter 13 Plan-MMM was confirmed, pursuant to court Order dated August 20, 2019 (DE #41), and the Debtor's Second Modified Chapter 13 Plan-MMM was confirmed, pursuant to court Order dated December 17, 2019 (DE #54).

3. Consequently, due to extenuating and extraordinary circumstances in the form of medical and other related health problems, the Debtor as a result of such, and subsequent loss of income, has fallen behind on her monthly payments to the Chapter 13 trustee.

4. Accordingly, the purpose of the Third Modified Chapter 13 Plan-MMM (of Second Amended Chapter 13 Plan-MMM), as proposed, is to enable the Debtor to get caught upon the arrearage payments due and owing in favor of the Chapter 13 trustee, and as provided for in the Debtor's plan.

5. Consequently, the effect of the Chapter 13 modification will result in an increase in Debtor's plan payments, but pursuant to Amended Schedules "I" and "J" of the Debtor's Schedules, the Debtor currently has sufficient disposable income to fund the increased amount, and to modify the Second Amended Chapter 13 Plan-MMM via a Third Modified Chapter 13 Plan-MMM.

WHEREFORE, Patty M. Spry, Chapter 13 Debtor, respectfully seeks a modification of her Second Amended Chapter 13 Plan-MMM, so as to enable the Debtor to get caught up on monthly payments due and owing in favor of the Chapter 13 Trustee.

Dated this _____ day of January, 2020.

Law Office of Steven A. Zipper, P.A.

By: _____
Steven A. Zipper, Esq.
Florida Bar #0826332
Attorney for Debtor
Trafalgar Plaza Building
5300 N.W. 33rd Ave, Ste. 203
Fort Lauderdale, Florida 33309
(954) 735-4272
(954) 735-4268 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served via both electronic mail and certified mail, pursuant to FRBP 7004, were applicable and/or regular first class mail postage pre-paid this _____ day of January, 2020 to: All creditors and interested parties reflected on the attached service/mailing list.

By: _____
Steven A. Zipper, Esq.
Florida Bar #0826332